JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAMELA SANDELLO,

                  Plaintiff,

     v.

WALMART, et al.,

                  Defendants.

Case No.  CV 20-1413-GW-GJSx

**ORDER TO DISMISS WITH PREJUDICE**

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

      IT IS SO ORDERED.

Dated: October 27, 2020

_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE